Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391

Brian Igel (BI 4574)
bigel@bilawfirm.com
BELLIZIO + IGEL PLLC
One Grand Central Place
305 Madison Avenue, 40th Floor
New York, New York 10165
Telephone:    (212) 873-0250
Facsimile:    (646) 395-1585
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC,<br><br>*Plaintiff*<br><br>v.<br><br>ALICARL SERISE STORE, ANGSHE STORE, BE YEAH STORE, BEAUTIFUL CUSTOMER STORE, DONGGUAN CITY SHANLI WEAVING CO., LTD., DONGGUAN GEMFITS TECHNOLOGY CO., LTD., DONGGUAN NUOMANSHI CLOTHING CO., LTD., DONGGUAN YIHONG WEBBING CO., LTD., FASHIONABLE ACCESSORIES STORE, FJXMVIP STORE, FLOVAR STORE, GEOMETRIC SPACING STORE, GUANGZHOU BIKSON ELECTRONIC TECHNOLOGY CO., LTD., GUANGZHOU MISHENG TECHNOLOGY CO., LTD., GUANGZHOU TOMAS | **21-cv-3630 (PAE)**<br><br>**UNSEALING ORDER** |

CRAFTS CO., LIMITED, GUANGZHOU YJ TECHNOLOGY CO., LTD., HANGZHOU MEIKALAI TECHNOLOGY CO., LTD., HYUCENY FF BAG666 STORE, LBJSOX STORE, LLL89898989 STORE, OLIVIA'S COLORFUL STORE, OUTSTANDINGOFFICIAL STORE, SHANGZHIJIA STORE, SHENZHEN AISHANG SUNSHINE TRADING CO., LTD., SHENZHEN ASHER TECHNOLOGY CO., LTD., SHENZHEN AST ELECTRONIC TECHNOLOGY CO., LTD., SHENZHEN BURZION TECHNOLOGY CO., LTD., SHENZHEN CHENGZHOU TECHNOLOGY LTD., SHENZHEN HAICHENGFENG TECHNOLOGY CO., LTD., SHENZHEN SHANEN ELECTRONIC COMMERCE CO., LTD., SHENZHEN WEIJIAXING ELECTRONICS CO., LTD., SHENZHEN YETESI TECHNOLOGY CO., LTD., SHENZHEN YUEYANGMENG E-COMMERCE CO., LTD., SHOP3659058 STORE, SHOP5095137 STORE, SHOP5411028 STORE, SHOP678 STORE, SHOP910326107 STORE, SHOP910327347 STORE, SHOP910347415 STORE, SHOP910931048 STORE, SHOP911112184 STORE, SHOP911188155 STORE, SHOP911305008 STORE, SHOP911599337 STORE, SHOP911733072 STORE, WHAT A SURPRISE STORE, WOWOANIMAL STORE, XIAMEN LINJIASHENG INTERNATIONAL TRADE CO., LTD., XI'AN DEALSPEEDS TECHNOLOGY LIMITED, XU'S STORE, YIWU DONGYE E-BUSINESS LIMITED and YIWU YIYU TONGTIAN TRADE CO. AND LTD.,

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this __7__ day of __May__, 2021, at __1:00__ p.m.
New York, New York

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE