**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
OFF-WHITE LLC.,

                                  Plaintiff,

              -against-

ALICARL SERISE STORE, et al.,

                                Defendants.
------------------------------------------------------------------X

**21-CV-3630 (PAE) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      Under Local Civil Rule 55.2, a Plaintiff seeking a default judgment is required to file a certificate of service indicating that all documents in support of the request for default judgment have been served on the party against whom default judgment is sought. At ECF No. 47, Plaintiff indicated that it served the Defaulting Defendants with a copy of the Court's order granting default judgment, but did not serve three defendants: Guangzhou YJ Technology Co., Ltd., HYUCENY FF bag 666 Store, and Shenzhen Ast Electronic Technology Co. Ltd. Plaintiff is directed to provide a certificate of service by **January 24, 2025**, indicating that service of the default judgment order has been served on these three defaulting defendants.

      SO ORDERED.

DATED:    New York, New York
               January 15, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge