**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
OFF-WHITE LLC,

                Plaintiff,

                                 21 **CIVIL** 3630 (PAE)(VF)

        -against-                         **DEFAULT JUDGMENT**

ALICARK SERISE STORE et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated

in the Court's Opinion & Order dated February 10, 2025, the Court has granted the award of $3.525

million in statutory damages under the Lanham Act. Off-White is also entitled to post-judgment

interest on this judgment amount. Additionally, the Court has adopted Judge Figueredo's

recommendation that Off-White's request for a post-judgment order freezing each Defaulting

Defendant's assets and authorizing the transfer of those assets to Off-White be denied, but that Off-

White be permitted to execute on and enforce the Court's judgment immediately; accordingly, the

case is closed.

**DATED**: New York, New York
           February 11, 2025

                               **TAMMI M. HELLWIG**
                           _____
                                **Clerk of Court**

                                K. Mango
                              _____
          **BY:**                     **Deputy Clerk**